No. 169.   McGrath, Attorney General, Successor to the Alien Property Custodian, *v.* Nagano.   C. A. 7th Cir.   Certiorari granted.   Mr. Justice Clark took no part in the consideration or decision of this application.   *Solicitor General Perlman* for petitioner.   *Edward R. Johnston* for respondent.

No. 46.   United States *v.* Jordan et al.   C. A. 6th Cir.   Certiorari granted limited to the third question presented by the petition for the writ, *i. e.:*

"Whether assignments of claims against the United States for such timber damage to the leased property are void under the Anti-Assignment Act (31 U. S. C. § 203), where the assignments were voluntarily made by the lessor-owners of the property to their successors in title after the leases had expired and after possession had been returned to them by the United States."

*Solicitor General Perlman* for the United States.   *Sam Costen* for respondents.

No. 62.   Halcyon Lines et al. *v.* Haenn Ship Ceiling & Refitting Corp.; and

No. 197.   Haenn Ship Ceiling & Refitting Corp. *v.* Halcyon Lines et al.   C. A. 3d Cir.   Certiorari granted. *Joseph W. Henderson, Thomas F. Mount* and *George M. Brodhead* for petitioners in No. 62.   *Thomas E. Byrne, Jr.* for petitioner in No. 197.   *Edward J. Mingey* was on a memorandum with *Mr. Byrne* for respondent in No. 62.

No. 118.   Beauharnais *v.* Illinois.   Supreme Court of Illinois.   Certiorari granted.   *Alfred A. Albert* for petitioner.

No. 126.   National Labor Relations Board *v.* American National Insurance Co.   C. A. 5th Cir.   Certio-